■ THELMA AMIE, Appellant, v. HELEN LAURE, Individually and Doing Business as JAMES LAURE BUILDING SUPPLIES, Respondent, et al., Defendant.— Order insofar as appealed from unanimously reversed, without costs of this appeal to any party and motion denied, without costs. Memorandum: The complaint sets forth a cause of action based on breach of warranty. (See *Randy Knitwear* v. *American Cyanamid Co.,* 11 N Y 2d 5; *Thomas* v. *Leary,*

15 A D 2d 438.) (Appeal by plaintiff from certain parts of an order of Onondaga Special Term granting the motion of defendant Laure to dismiss plaintiff's complaint.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.